# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

**Name of Offender:** Nicholas Joseph Franks　　　　　　　　**Case Number:** 1:11-cr-00066-002

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** September 18, 2012

**Original Offense:** 21 U.S.C. §§ 846, 841(b)(1)(A) – Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine

18 U.S.C. §§ 922(g)(1), 924(a)(2) – Felon in Possession of a Firearm

**Original Sentence:** 125 months imprisonment; 60 months supervised release

**Date Original Supervision Commenced:** July 16, 2021

**Date Current Supervision Commenced:** July 16, 2021

**Prior Modification(s)/Revocation(s):** October 13, 2021 – Information Report

## PETITIONING THE COURT

☐　To extend the term of supervision for … years, for a total term of …years.

☒　To modify the conditions of supervision as follows:

*The defendant shall perform 40 hours of unpaid community service at a non-profit agency as directed and monitored by the U.S. Probation Officer.*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Unlawful Use of a Controlled Substance – Methamphetamine | On December 2, 2021, Mr. Franks reported to Heartland Family Services, and submitted a urinalysis test which was presumptive positive for methamphetamine. On December 6, 2021, Mr. Franks reported to the Probation Office and admitted to using methamphetamine on or around December 1, 2021. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2021

by: *Chris Hicks*
Chris Hicks
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

MICHAEL DUFFY
Assistant United States Attorney

*Michael Duffy*
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on ___ at ___.

*John A. Jarvey*
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Signature of Judicial Officer

December 6, 2021
Date



## ADMISSION OF DRUG AND/OR ALCOHOL USE
## SOUTHERN DISTRICT OF IOWA U.S. PROBATION AND PRETRIAL SERVICES OFFICE

I, __Nicholes Franks__ (Name of Offender), admit that on __December 1, 2021__ (Date(s)/Approximate Time(s))

that I used __meth__ (Illicit Drug - Meth., Cocaine, Marijuana, Other or Alcohol). The quantity of illicit drug used/alcohol was __meth ½ gram__ (Approximate Amount), and the method of ingestion was by __Inhalation__ (Inhalation, Oral, Injection).

Source of illicit drug(s):
"An old stash at Father's shop, 13th Avenue."

Offender comments regarding reason(s) for illicit drug use:
"Reports he found it but couldn't stop temptation."

I realize that I have violated the conditions of my supervision. I understand that this admission can result in a recommendation to the Court for the modification and/or revocation of my supervision.

_____  12-6-21
Client Signature        Date

_____  12-6-2021
Officer Signature       Date

SD/IAmjcforms 2/04

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall perform 40 hours of unpaid community service at a non-profit agency as directed and monitored by the U.S. Probation Officer.*

☒ I agree to the above modification based on the cause outlined in the attached petition.
☐ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____    Signed _____
(U.S. Probation Officer)                        (Probationer or Supervised Releasee)

12-6-2021
(Date)